UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN L. TUGGLE, | NO. SA CV 08-82-MMM(E) |
| Petitioner, | |
| v. | JUDGMENT |
| VINCENT GUARINI, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: January 14, 2009, ~~2008~~.

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE